**Opinion filed May 26, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00114-CV

_____

## IN THE INTEREST OF S.L.F., A CHILD

**On Appeal from the 446th District Court**
**Ector County, Texas**
**Trial Court Cause No. CC-24,291**

### M E M O R A N D U M   O P I N I O N

Appellant, the mother of the child at issue in this appeal, filed a notice of appeal on May 2, 2022, from the trial court's order in a suit to enforce and modify a child-support obligation. This court notified Appellant by letter dated May 2, 2022, that the filing fee was due on or before May 10, 2022. On May 12, 2022, we notified Appellant by letter that the $205 filing fee was due in this court "**immediately**." The next day, on May 13, 2022, the clerk of the trial court notified this court that Appellant's attorney had informed the clerk of the trial court that the attorney did not intend for the notice of appeal to be submitted to this court. Appellant, as of this date, has not paid the filing fee and has not sought any extension to do so.

Because Appellant has failed to pay the required filing fee in this appeal, we dismiss the appeal. TEX. R. APP. P. 5, 42.3.

PER CURIAM

May 26, 2022

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.